# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1266
_____

Rudy Butch Stanko,

*Plaintiff - Appellant,*

v.

Oglala Sioux Tribe, Public Safety Division of the Oglala Sioux Tribe; Jesse Red
Wing, individually, in his official capacity as an Oglala Sioux Tribal Correctional
Officer; Shane Richards, individually, and in his official capacity as an Oglala
Sioux Tribal Correctional Officer; John Hussman, individually, and in his official
capacity as an Oglala Tribal judge; Heather Patton, individually, and in her official
capacity as an Oglala Tribal Criminal Court Clerk,

*Defendants - Appellees.*

_____

Appeal from United States District Court
for the District of South Dakota - Western

_____

Submitted: April 25, 2022
Filed: May 12, 2022
[Unpublished]

_____

Before COLLOTON, ERICKSON, and KOBES, Circuit Judges.

_____

PER CURIAM.

South Dakota resident Rudy Stanko appeals the district court's[1] dismissal of his civil rights action against a tribal agency and individual tribal officials. Stanko alleged that defendants violated his constitutional rights; violated the Indian Civil Rights Act, and engaged in assault, battery, and theft following a traffic stop on a federally-maintained highway on the reservation. After de novo review, we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Jeffrey L. Viken, United States District Judge for the District of South Dakota.